UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

06-mc-47

In re: Tonia V. Cox

Case No. 05-11137 K

Debtor(s)

CERTIFIED COPY
ATTEST: A TRUE COPY
PAUL R. WARREN
Clerk of the Court
By _Arthur W. Hill_
Deputy Clerk
Original Filed  5/23/2006

Unit No. 1 Federal Credit Union
55 Stevens Street
P.O. Box 830
Lockport, NY 14095-0830

**Plaintiff**

v.

A.P. No. 05-1192 K

Isabelle R. Martin
PO Box 731
Niagara Falls, NY 14304



FILED
JUL 2 5 2006
CLERK, US DISTRICT COURT, WDNY

**Defendant**

## JUDGMENT BY DEFAULT

Default was entered against Defendant <u>Isabelle R. Martin</u> on April 10, 2006. Therefore, on motion of the Plaintiff, judgment is entered against the Defendant in favor of the Plaintiff as follows:

**ORDERED, ADJUDGED AND DECREED**, that Judgment by Default be and is hereby, granted and shall be entered against Defendant in the principal amount of $3,721.97, plus pre-judgment interest in the amount of $1,526.93, calculated at the rate of 9 % per-annum from September 27, 2001 through April 20, 2006, together with costs in the amount of $150.00, for a Judgment by Default in the total amount of $5,398.90. This Judgment by Default will bear post judgment interest at the rate of 4.98 % per-annum from the date of entry of this Judgment by Default until paid in full.

MAY 2 3 2006
_____
Date



Bankruptcy Judge